# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139048

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

EDDIE ALLEN,
      Plaintiff,

v                                        SC: 139048
                                           AGC: 3284/07

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009              _____
                                          Clerk

s0921